Slotkin Estate.

Argued April 22, 1966. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*James Francis Lawler*, with him *Ostroff & Lawler*, for appellants.

*Morris L. Weisberg*, with him *Blank, Rudenko, Klaus & Rome*, for appellees.

*A. Theodore Flum*, trustee ad litem, appellee, in propria persona.

*Herbert W. Salus, Jr.*, Special Assistant Attorney General, *Francis J. Gafford*, Deputy Attorney General, and *Walter E. Alessandroni*, Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, September 27, 1966:
Decree affirmed. Costs on appellants.